ACCEPTED
03-15-00335-CV
6064058
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 4:02:06 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00335-CV

### IN THE COURT OF APPEALS
### FOR THE THIRD DISTRICT OF TEXAS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 4:02:06 PM
JEFFREY D. KYLE
Clerk

**HERBERT ROLNICK,**

*Appellant,*

**v.**

**SIGHT'S MY LINE, INC., A FLORIDA CORPORATION; STEWART LANTZ; RIGGS, ALESHIRE & RAY; BLAZIER, CHRISTENSEN, BIGELOW & VIRR; AND ADAMS & GRAHAM,**

*Appellees.*

Interlocutory Appeal from 200th Judicial District Court in Travis County, Texas, the Honorable Tim Sulak, Presiding

## UNOPPOSED MOTION OF NON-RESIDENT ATTORNEY CRAIG S. HILLIARD FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUSTICES OF THE COURT:

Craig S. Hilliard files this Motion for Admission *Pro Hac Vice* to appear before the Court under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, and shows the following:

1. I seek permission to appear pro hac vice as counsel for Appellees Sight's My Line, Inc., and Stewart Lantz in the above-titled and numbered appeal. Counsel for all other parties do not oppose this motion.

2. I am associated in this proceeding with J. Hampton Skelton, a resident attorney whose State Bar Number is 18457700. Mr. Skelton practices with the law firm of Skelton & Woody, 248 Addie Roy Road, Suite B-302, Austin, Texas

78746, telephone (512) 651-7000, and facsimile (512) 651-7001.

3. I am an active member in good standing with the State of New Jersey, State of New York, U.S. Supreme Court, U.S. Court of Appeals for Third Circuit, U.S. Court of Appeals for Ninth Circuit, U.S. District Court for District of New Jersey, U.S. District Court for Southern District of New York, U.S. District Court for Eastern District of New York, and the U.S. District Court for Central District of Illinois.

4. Pursuant to the Rules Governing Admission to the Bar of Texas, Rule XIX(a), I have filed an Application for Admission *Pro Hac Vice* with the Texas Board of Law Examiners and paid the $250 filing fee. The Texas Board of Law Examiners' letter acknowledging the application is attached to this motion as Exhibit A and incorporated by reference.

5. I have not been the subject of disciplinary actions by the Bar or the courts of any jurisdiction in which I am licensed in the past five years. I have not been denied admission to the courts of any state or to any federal court during the past five years.

6. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, I will at all times abide by and comply with these rules as long as this Texas proceeding is pending, and I have not withdrawn as counsel from this proceeding.

7. I have appeared or sought leave to appear or participate in the following cases in Texas courts within the last two years: Cause No. D-1-GN-14-004583; *Sight's My Line, Inc., et al. v. Riggs Aleshire & Ray, et al.* in the 200th Judicial District Court of Travis County, Texas.

8. My office address, telephone number, and facsimile number are included below my signature.

2

WHEREFORE, Craig S. Hilliard, respectfully requests that the Court grant this motion, and enter an order allowing him to participate as one of the attorneys for Appellees Sight's My Line, Inc. and Stewart Lantz in the above-titled and numbered appeal.

July _13_, 2015

Respectfully submitted,

By: _____
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, New Jersey 08543-2315
Telephone: (609) 896-9060
Facsimile: (609) 895-7395

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for all other parties and they are unopposed to this Motion.

_____
Craig S. Hilliard

3

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on this ⟨14⟩ day of July, 2015, a true and correct copy of the foregoing instrument was served electronically on following counsel of record:

Scott R. Kidd
Scott V. Kidd
KIDD LAW FIRM
819 W. 11th Street
Austin, Texas 78701

Michael B. Johnson
Salvador Davila
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701

Robert E. Valdez
Joseph E. Cuellar
Jose "JJ" Trevino, Jr.
VALDEZ, JACKSON & TREVINO, P.C.
Plaza Las Campanas
1826 N. Loop 1604 W, Suite 275
San Antonio, Texas 78248

Ruth G. Malinas
Tim T. Griesenbeck, Jr.
Scott M. Noel
PLUNKETT & GRIESENBECK, INC.
1635 N.E. Loop 410 Suite 900
San Antonio, Texas 78209

_____
Craig S. Hilliard

4

E

X

H

I

B

I

T


A



**Exhibit "A"**

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
July 13, 2015

CRAIG SCOTT HILLIARD

STARK & STARK PC

P O BOX 5315

PRINCETON NJ 08543-5315

Application Received: 7/13/15

Cause/Texas Court of Record: 03-15-00335-CV    THIRD DISTRICT COURT OF APPEALS

FROM:   Angus Tilney, Licensure Analyst, 512-463-5409

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486      Telephone: 512-463-1621      Facsimile: 512-463-5300      WebSite: www.ble.state.tx.us
Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor
Austin, Texas 78701